THIRD DEPARTMENT, DECEMBER, 1962 ■

(December 6, 1962)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD A. LOBEVERO, Appellant.— Motion to dismiss appeal granted by default. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ NEW YORK STATE ELECTRIC & GAS CORPORATION, Respondent, v. O. & W. LINES, INC., Appellant, et al., Defendant.— Motion to dismiss appeal denied, without costs. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ In the Matter of the Claim of ELIZABETH F. REDDER, Respondent, v. VILLAGE OF CLYDE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal denied, without costs. The court has jurisdiction of the appeal from the board's decision whether or not the court would determine ultimately the board was right in refusing to review the Referee's decision. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ In the Matter of the Dissolution of CLEMENTE BROS., INC., Appellant. MARIA CLEMENTE, Appellant; SALVATORE F. CLEMENTE, Respondent.— Motion to dismiss appeal denied, without prejudice, upon condition that the appeal be perfected on or before December 28, and the case argued at the January 1963 Term of this court; with leave to renew the motion upon the argument. Cross motion staying all proceedings pending the determination of the appeal granted. Bergan, P. J., Coon, Gibson and Reynolds, JJ., concur.

■ NEW YORK TELEPHONE COMPANY, Plaintiff, v. CITY SCHOOL DISTRICT OF THE CITY OF BINGHAMTON et al., Defendants.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ (A) JOAN STOBER, as Administratrix of the Estate of BANKOLE E. STOBER, Deceased, Appellant, v. CITY OF COHOES, NEW YORK, Respondent. (B) In the Matter of the Claim of JOHN BRYCE, Respondent, v. TODD SHIPYARDS et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Motion for permission to reargue or in the alternative to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ In the Matter of the Claim of ROBERT PAPILE, Respondent, v. SOUTH-WEST ORNAMENTAL IRON WORKS et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ HARRY A. REOUX, Appellant, v. FIRST NATIONAL BANK OF GLENS FALLS, as Executor of ADELIA H. REOUX, Deceased, Respondent.— Motion to modify the order of July 13, 1962 to provide for trial of the issues raised by the counter-claim and to direct that the judgment entered in the Warren County Clerk's office remain of record pending a final determination upon a new trial. The judgment shall stand of record pending retrial of the issues on condition that further proceedings for the enforcement thereof be stayed. The case is placed on the General Calendar of the Supreme Court, Warren County, to be tried at such term and before such Justice as this court by further order shall direct. Bergan, P. J., Coon, Reynolds and Taylor, JJ., concur.